People v Colon
2026 NY Slip Op 03620
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JOSE RIVERA COLON, DEFENDANT-APPELLANT.

Decided on June 5, 2026
KA 24-01743.
Present: Bannister, J.P., Montour, Greenwood, Delconte, And Hannah, JJ. (Filed June 5, 2026.)
[*1]
MEMORANDUM AND ORDER
Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38, 39 [4th Dept 1979]). (Appeal from Judgment of Wyoming County Court, Melissa Lightcap Cianfrini, A.J. - Attempted Promoting Prison Contraband, 1st Degree).